# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH

| | |
|---|---|
| AYLO FREESITES LTD, *et al.*, <br><br>     Plaintiffs, <br><br> v. <br><br> UTAH DIVISION OF CONSUMER PROTECTION, *et al.*, <br><br>     Defendants. | ORDER OF RECUSAL <br><br><br> Case No. 2:26-CV-340 <br><br> District Judge Ted Stewart |

I recuse myself in this case, and ask that the appropriate assignment card equalization be drawn by the clerk's office.

DATED this 24th day of April, 2026.

BY THE COURT:

Ted Stewart
United States District Judge