Annika L. Jones (16483)
Brandon S. Fuller (17215)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
aljones@swlaw.com
bfuller@swlaw.com

Lindsay C. Harrison *(pro hac vice forthcoming)*
Jessica Ring Amunson *(pro hac vice forthcoming)*
Daniel Schwei *(pro hac vice forthcoming)*
**JENNER & BLOCK LLP**
1099 New York Ave. NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
lharrison@jenner.com
jamunson@jenner.com
dschwei@jenner.com

*Attorneys for Plaintiffs*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| AYLO FREESITES LTD, and AYLO GROUP LTD, <br><br> *Plaintiffs*, <br><br> v. <br><br> UTAH DIVISION OF CONSUMER PROTECTION; KATIE HASS, *in her official capacity as Director of the Utah Division of Consumer Protection*, UTAH DEPARTMENT OF COMMERCE; and MARGARET BUSSE, *in her official capacity as Executive Director of the Utah Department of Commerce*, <br><br> *Defendants*. | **JOINT STIPULATION FOR NON-ENFORCEMENT AND REQUEST TO STRIKE CURRENT BRIEFING SCHEDULE AND HEARING** <br><br><br> Case No. 2:26-cv-00340-DBB <br><br> Judge David Barlow |

Plaintiffs, Aylo Freesites Ltd and Aylo Group Ltd, and Defendants—the Utah Division of Consumer Protection, Katie Hass, in her official capacity as Director of the Utah Division of Consumer Protection, the Utah Department of Commerce, and Margaret Busse, in her official capacity as Executive Director of the Utah Department of Commerce—hereby stipulate and agree that, as to Plaintiffs and their affiliates, Defendants will forbear enforcement of the Deemed-Location Provision challenged in this case, *see* Online Age Verification Amendments, S.B. 73, 66th Leg., Gen. Sess. (2026), § 14 (to be codified at Utah Code § 78B-3-1002(3)), until September

3, 2026, which is 120 days after the provision was otherwise scheduled to take effect ("Period of Forbearance"). Defendants shall not take enforcement action or otherwise seek to impose liability pursuant to § 78B-3-1002(3) for any conduct by Plaintiffs or their affiliates that occurs during the Period of Forbearance. During that period, Plaintiffs and their affiliates shall also not change any of their current geofencing practices in Utah.

This Period of Forbearance is intended to provide sufficient time for the Parties to brief Plaintiffs' Motion for a Preliminary Injunction and any forthcoming Motion to Dismiss and for the Court to resolve those motions. The Parties are continuing to discuss a proposed briefing schedule and will promptly submit a proposal to the Court. For that reason, the parties respectfully request the Court to strike the current court-ordered briefing schedule (ECF No. 17) and hearing (ECF No. 18).

Dated: April 27, 2026.                    Respectfully Submitted,

*/s/ Annika L. Jones*
Annika L. Jones (16483)
Brandon S. Fuller (17215)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
aljones@swlaw.com
bfuller@swlaw.com

Lindsay C. Harrison *(pro hac vice forthcoming)*
Jessica Ring Amunson *(pro hac vice forthcoming)*
Daniel Schwei *(pro hac vice forthcoming)*
JENNER & BLOCK LLP
1099 New York Ave. NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
lharrison@jenner.com
jamunson@jenner.com
dschwei@jenner.com
*Attorneys for Plaintiffs*

/s/ Lance Sorenson\*

David N. Wolf (6688)
Lance Sorenson (10684)
OFFICE OF THE UTAH ATTORNEY GENERAL
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (385) 584-6509
dnwolf@agutah.gov
lancesorenson@agutah.gov

(*Electronically signed with permission pursuant to April 27, 2026 email authorization*)

*Attorneys for Defendants*