UNITED STATES DISTRICT COURT
DISTRICT OF UTAH

| | |
|---|---|
| AYLO FREESITES LTD, and AYLO GROUP LTD,<br><br>       Plaintiffs,<br><br>v.<br><br>UTAH DIVISION OF CONSUMER PROTECTION; KATIE HASS, *in her official capacity as Director of the Utah Division of Consumer Protection*, UTAH DEPARTMENT OF COMMERCE; and MARGARET BUSSE, *in her official capacity as Executive Director of the Utah Department of Commerce*,<br><br>       Defendants. | **ORDER GRANTING STIPULATED MOTION FOR BRIEFING SCHEDULE**<br><br>Case No. 2:26-cv-00340-DBB-JCB<br><br>District Judge David Barlow |

Based on the parties stipulated motion and with good cause appearing, the court GRANTS the motion[1] and ORDERS the following briefing schedule:

- Defendants' Response to Complaint and Response to Plaintiffs' Motion for Preliminary Injunction: June 8, 2026;

- Plaintiffs' Reply in Support of Motion for Preliminary Injunction, and Opposition to Motion to Dismiss (if any): July 10, 2026, and;

- Defendants' Reply in Support of Motion to Dismiss (if any): July 29, 2026.

---

[1] ECF No. 37.

Signed May 5, 2026.

BY THE COURT:

_____

David Barlow
United States District Court Judge