

# GeoGuard Effectiveness Testing

## Final Test Report

**DATE** 29 August 2025

**STATUS** RELEASE

**VERSION** 1.1

**The contents of this document are copyright © 2025 Kingsmead Security Limited.**

This document and the information contained herein is the subject of copyright and intellectual property rights under international convention. All rights reserved.

Verbatim copies of this document may be copied, distributed or reproduced for use by relevant parties. Modification is not permitted.



Web:
http://www.kingsmeadsecurity.com
Email: contact@kingsmeadsecurity.com

Copyright © 2025 Kingsmead Security Ltd. All rights reserved.