Derek Brown
Utah Attorney General
Lance Sorenson (10684)
David N. Wolf (6688)
Jorden Truman (19718)
Anikka Hoidal (16489)
Assistant Utah Attorneys General
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (385) 584-6509
lancesorenson@agutah.gov
dnwolf@agutah.gov
jwtruman@agutah.gov
ahoidal@agutah.gov

Counsel for Defendants

## IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF UTAH

| | |
|---|---|
| AYLO FREESITES LTD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> UTAH DIVISION OF CONSUMER PROTECTION, Katherine Hass in her official capacity as Director of the Utah Division of Consumer Protection, UTAH DEPARTMENT OF COMMERCE, Margaret Busse in her official capacity as Executive Director of the Utah Department of Commerce. <br><br> Defendants. | **Declaration of Katherine Hass** <br><br> Case No. 2:26-cv-00340-DBB-JCB <br><br> Judge David Barlow <br> Magistrate Judge Jared C. Bennett |

1.  I am over the age of 18 and have personal knowledge of the facts set forth in this Declaration.

2.  I am the Director of the Division of Consumer Protection (the "Division") within Utah's Department of Commerce and have been in that position since October 2022.

3.  Part of my duties include issuing rules to enforce various legislative enactments, including the Utah Age Assurance Act (the "Act"). *See* Utah Code § 13-2-106(1).

4.  In addition to general rulemaking authority, the Act directs the Division to make rules that will establish reasonable age verification standards that commercial entities may meet to comply with Section 78B-3-1002. *See* Utah Code § 78B-3-1005.

5.  The Division is in the process of drafting rules related to the Act ("Proposed Rules").

6.  Once drafted, the Division will publish and promulgate these Proposed Rules within the requirements of the Administrative Rulemaking Act in an effort to make them effective at the earliest possible date.

7.  To qualify for the safe harbor, the Proposed Rules will allow websites that contain a substantial portion of material harmful to minors to comply with the Act's age-assurance requirements by establishing age-assurance standards, standards for detecting location obfuscation, and required responses before permitting an individual onto the platform.

8.  The Proposed Rules will permit the use of third-party vendors that meet the standards provided.

2

## DECLARATION UNDER PENALTY OF PERJURY

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the above statements are true and based upon my personal knowledge.