Annika L. Jones (16483)
Brandon S. Fuller (17215)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
aljones@swlaw.com
bfuller@swlaw.com

Lindsay C. Harrison *(pro hac vice)*
Jessica Ring Amunson *(pro hac vice)*
Daniel Schwei *(pro hac vice)*
**JENNER & BLOCK LLP**
1099 New York Ave. NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
lharrison@jenner.com
jamunson@jenner.com
dschwei@jenner.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| AYLO FREESITES LTD, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>UTAH DIVISION OF CONSUMER PROTECTION, *et al.*,<br><br>*Defendants*. | **Plaintiffs' Notice of Submission of Comment on Proposed Rule**<br><br>Case No. 2:26-cv-00340-DBB-JCB<br><br>Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Plaintiffs, Aylo Freesites Ltd and Aylo Group Ltd, respectfully submit this Notice informing the Court that, in connection with Defendants' proposed rule seeking to implement S.B. 73, *see generally* ECF No. 61-1, Plaintiffs timely submitted a written comment in response to that proposed rule. A copy of Plaintiffs' comment is attached hereto (without accompanying exhibits, all of which are materials filed on the docket in this matter). Plaintiffs submit this Notice for the Court's awareness, consistent with their statements at the recent hearing committing to participate in the rulemaking process, *see* Tr. of Prelim. Inj. Hr'g at 6.

Dated: October 7, 2026.

Respectfully Submitted,

*/s/ Lindsay C. Harrison*

Lindsay C. Harrison *(pro hac vice)*
Jessica Ring Amunson *(pro hac vice)*
Daniel Schwei *(pro hac vice)*
JENNER & BLOCK LLP
1099 New York Ave. NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
lharrison@jenner.com
jamunson@jenner.com
dschwei@jenner.com

Annika L. Jones (16483)
Brandon S. Fuller (17215)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
aljones@swlaw.com
bfuller@swlaw.com

*Attorneys for Plaintiffs*