Annika L. Jones (16483)
Brandon S. Fuller (17215)
**SNELL & WILMER L.L.P.**
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
aljones@swlaw.com
bfuller@swlaw.com

Lindsay C. Harrison *(pro hac vice)*
Jessica Ring Amunson *(pro hac vice)*
Daniel Schwei *(pro hac vice)*
**JENNER & BLOCK LLP**
1099 New York Ave. NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
lharrison@jenner.com
jamunson@jenner.com
dschwei@jenner.com

*Attorneys for Plaintiffs*

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF UTAH, CENTRAL DIVISION**

| | |
|---|---|
| AYLO FREESITES LTD, and AYLO GROUP LTD,<br><br>*Plaintiffs*,<br><br>v.<br><br>UTAH DIVISION OF CONSUMER PROTECTION; KATIE HASS, *in her official capacity as Director of the Utah Division of Consumer Protection*, UTAH DEPARTMENT OF COMMERCE; and MARGARET BUSSE, *in her official capacity as Executive Director of the Utah Department of Commerce*,<br><br>*Defendants*. | **JOINT STATUS REPORT**<br><br>Case No. 2:26-cv-00340-DBB-JCB<br><br>Judge David Barlow<br><br>Magistrate Judge Jared C. Bennett |

Plaintiffs Aylo Freesites Ltd and its parent company Aylo Group Ltd, together with Defendants Utah Division of Consumer Protection; Katie Hass, in her official capacity as Director of the Utah Division of Consumer Protection; the Utah Department of Commerce; and Margaret Busse, in her official capacity as Executive Director of the Utah Department of Commerce, jointly submit this status report in accordance with the Court's Order dated June 18, 2026, ECF No. 29.

Pursuant to that June 18 Order, the Court stayed all deadlines in the Court's Order to Propose Schedule, ECF No. 33, pending resolution of Plaintiffs' motion for preliminary

injunction, and directed the parties to file a joint status report with proposed next steps in this case within 14 days of the court's decision on that motion. The Court then decided Plaintiffs' motion for preliminary injunction on September 24, 2026, interpreting the provision of S.B. 73 challenged in this case, *see* Utah Code § 78B-3-1002(3), and granting Plaintiffs' motion. *See* ECF No. 67.

The parties have now conferred about proposed next steps in this case, and the parties jointly request that the Court stay further proceedings in this case until after the conclusion of the Utah Legislature's next General Session—which is scheduled to begin on January 19, 2027, and end on March 5, 2027. In light of the Court's recent ruling regarding S.B. 73, the parties anticipate that the Utah Legislature may consider amending the statute. Rather than continuing to litigate Plaintiffs' claims against the current version of S.B. 73, the parties therefore agree that staying further proceedings in this case would be the most efficient course for both the parties and the Court to see what, if any, amendments the Legislature makes to the provision of S.B. 73 challenged in this case. Accordingly, the parties respectfully propose that they submit a joint status report to the Court by March 19, 2027—two weeks after the conclusion of the Utah Legislature's General Session—regarding proposed next steps in this case in light of any amendments made by the Legislature.

For the reasons set forth above, the parties jointly and respectfully propose that further proceedings in this case be stayed until after the Utah Legislature's General Session, and that the parties be directed to submit a joint status report regarding proposed next steps in the case by March 19, 2027.

Dated: October 7, 2026.

Respectfully Submitted,

*<u>/s/ Lindsay C. Harrison</u>*
Lindsay C. Harrison *(pro hac vice)*
Jessica Ring Amunson *(pro hac vice)*
Daniel Schwei *(pro hac vice)*
JENNER & BLOCK LLP

1099 New York Ave. NW
Suite 900
Washington, DC 20001
Telephone: (202) 639-6000
lharrison@jenner.com
jamunson@jenner.com
dschwei@jenner.com

Annika L. Jones (16483)
Brandon S. Fuller (17215)
SNELL & WILMER L.L.P.
15 West South Temple, Suite 1200
Salt Lake City, Utah 84101-1004
Telephone: (801) 257-1900
Facsimile: (801) 257-1800
aljones@swlaw.com
bfuller@swlaw.com

*Attorneys for Plaintiffs*

*<u>/s/ Lance Sorenson</u>*

David N. Wolf (6688)
Lance Sorenson (10684)
OFFICE OF THE UTAH ATTORNEY GENERAL
P.O. Box 140856
Salt Lake City, Utah 84114-0856
Telephone: (385) 584-6509
dnwolf@agutah.gov
lancesorenson@agutah.gov

*Attorneys for Defendants*